JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DECMAC DEVELOPERS LLC, a<br>California Limited Liability Company; and<br>Does 1-10,<br><br>　　　　　Defendants.. | Case No.: 2:20-cv-00776-PA-AFM<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 24, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against Decmac Developers LLC ("Defendant") is dismissed with prejudice.

Dated:  June 19, 2020

Hon. Percy Anderson
United States District Judge
Central District of California

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE